

**NORTH CAROLINA WESTERN**
**MEMORANDUM**

Date: 3/18/2015

To: The Honorable Robert J. Conrad
U.S. District Court Judge

From: Valerie G. Debnam
United States Probation Officer

Subject: Amparo, Xiomara
Case No: 3:11CR75-02
Out-of-Country Travel Request

---

Ms. Amparo appeared before Your Honor on March 20, 2012, for the offense of False Claims Conspiracy-Falsely and Fraudulently Obtained Income Tax Record. She was sentenced to eighteen (18) months imprisonment followed by two (2) years' supervised release. The following special conditions were ordered: (1) the defendant shall submit to mental health evaluation and treatment program under the guidance and supervision of the Probation Office. The defendant shall remain in treatment and maintain use of any prescribed medication until satisfactorily discharged by the program and with the approval of the Probation Office; (2) the defendant shall pay a special assessment of $100 (paid); (3) the defendant was ordered to pay restitution in the amount of $891,174.00 in monthly installments of $50 (balance $883,035.66).

According to United States Probation Officer from the Eastern District of Pennsylvania, Ms. Amparo has submitted a request to travel to the Dominican Republic, for the purpose of visiting her family. Her 8 year old son who presently resides in the Dominican Republic wishes to return to the United States with his mother, Xiomara Amparo. According to the Probation Officer, the minor child is unable to travel unaccompanied, and officials will not release him without Ms. Amparo being present, due to the international flight. Ms. Amparo will leave on May 14, 2015, and return on May 30, 2015. She will be staying at 27 de Febrero, Casa 171, Guaraguao, Limon Del Yuna, Republica Dominicana.

Ms. Amparo currently maintains a stable residence. She was laid off at the beginning of this year due to lack of work and health issues. Her significate other contributes to her finances, including her flight to the Dominican Republic. According to her Probation Officer there have been no known incidents or noncompliance issues to date.

It is recommended that Ms. Amparo be allowed to travel to Dominican Republic, as long as she remains in compliance with the terms and condition of supervision.

Thank you for your attention to this matter, and should Your Honor have any questions, please contact my office at (704) 350-6656.

( x )  Permission to Travel Approved

(  )  Permission to Travel Denied

(  )  Other


_____
Date

Robert J. Conrad, Jr.
United States District Judge